**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **MARY L. PALMER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 2:23-cv-180-CWB |
| | ) | |
| **LOWE'S HOME CENTER, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon review of the parties' Joint Stipulation for Dismissal (Doc. 22), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the court notes that this case has been dismissed with prejudice by operation of law on the terms agreed to and set out by the parties. The Clerk of Court therefore is **DIRECTED** to close the case in its entirety.

**DONE** this the 23rd day of February 2024.

_____
**CHAD W. BRYAN**
**UNITED STATES MAGISTRATE JUDGE**